06-CR-00207-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR-06-207-RHW |
| v. | |
| LYLE SHAWN CONWAY, | ORDER ACCEPTING GUILTY PLEA |
| Defendant. | |

The Court finds that Defendant's plea of guilty to Count 1 of the Second Superseding Indictment is knowing, intelligent, and voluntary, and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime as charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and **all pending motions are denied as moot.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this _____ day of February, 2007.

ROBERT H. WHALEY
United States District Judge

C:\Documents and Settings\pvoelker\Local Settings\Temp\notesC7A056\ConwayLS.COP.ord.wpd

ORDER ACCEPTING GUILTY PLEA - 1